# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Brian Andrew Longshore**
613 Pyne Road
Lagrange, GA 30240

**xxx–xx–0489**

**Sonia Sy Longshore**
613 Pyne Road
Lagrange, GA 30240

**xxx–xx–0804**

Case No.: **16–11666–whd**
Chapter: **7**
Judge: **W. Homer Drake**

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_[signature]_

W. Homer Drake
United States Bankruptcy Judge

Dated:   December 8, 2016

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

```
                                United States Bankruptcy Court
                                 Northern District of Georgia
In re:                                                                  Case No. 16-11666-whd
Brian Andrew Longshore                                                  Chapter 7
Sonia Sy Longshore
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 113E-7          User: smn1                  Page 1 of 2                  Date Rcvd: Dec 08, 2016
                              Form ID: 182                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db/jtdb        +Brian Andrew Longshore,    Sonia Sy Longshore,    613 Pyne Road,    Lagrange, GA 30240-9001
aty            +Michael R. West, Jr.,    Law Office of Michael West, P.C.,     P.O. Box 369,
                 Newnan, GA 30264-0369
aty            +Sean M. Corcoran,    Brock & Scott, PLLC,    Suite 300,    5121 Parkway Plaza Blvd.,
                 Charlotte, NC 28217-1965
20108374        Allied Interstate Healthcare,    PO Box 361596,    Columbus, OH 43236-1596
20108375       +Amcol Systems Inc,    Po Box 21625,    Columbia, SC 29221-1625
20108379       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
20108381       +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
20108384       +Clay Chapman Iwamura Pulice,    & Nervell,    700 Bishop St. Suite 2100,
                 Honolulu, HI 96813-4120
20108388      ++++DITACH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditach Financial LLC,      332 Minnesota St.,    Ste 610,
                 Saint Paul, MN 55101)
20108389      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial Llc,      332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
20108391        East Georgia Radiology, LLC,    7 Acee Drive,    Natrona Heights, PA 15065-9700
20108390        East georgia Medical Center,    PO Box 405998,    Atlanta, GA 30384-5998
20108392        Hawaii Electric Company,    PO BOx 3978,    Honolulu, HI 96812-3978
20108393        Hawaii Gas,    PO Box 29850,    Honolulu, HI 96820-2250
20108394        Lagrange Emergency Med,    PO Box 66827,    Dallas, TX 75266
20108395        Lagrange Emergency Physician,    PO Box 660827,    Dallas, TX 75266-0827
20108398       +MEDCAH,   PO Box 1187,    Kailua, HI 96734-1187
20108399       +Medcah Inc,    320 Uluniu St Ste 5,    Kailua, HI 96734-2529
20108400       +Medical Billing Associates,    PO Box 10066,    Savannah, GA 31412-0266
20108401        Medical Billing Associates,    PO Box 61295,    Savannah, GA 31420-1295
20108403       +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
20108404       +Psg,   6602 Abercorn Stre,    Savannah, GA 31405-5848
20108405        RTO,   P.O Box 61772,    New Orleans, LA 70161-1772
20108406       +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
20108407        Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati, OH 45274-0039
20108408       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
20108410       +The Royal Palm at Waipio AOAOA,    C/O Touchstone properties,     737 Bishop Street Suite 2700,
                 Honolulu, HI 96813-3214
20108411        Waipio Gentry AOAO,    C/O Hawaiin Properties,    PO Box 38078,    Honolulu, HI 96837-1078
20108412       +West Georgia Health,    PO Box 84073,    Columbus, GA 31908-4073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QTDMANN.COM Dec 08 2016 22:49:00      Theo Davis Mann,    28 Jackson Street,    P. O. Box 310,
                 Newnan, GA 30264-0310
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 08 2016 21:51:08
                 Office of the United States Trustee,    362 Richard Russell Building,     75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
20108377       +EDI: CINGMIDLAND.COM Dec 08 2016 22:48:00      AT&T,    P.O. Box 537104,    Atlanta, GA 30353-7104
20108376       +EDI: AMEREXPR.COM Dec 08 2016 22:49:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
20108378        EDI: BANKAMER.COM Dec 08 2016 22:53:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
20108380        EDI: BANKAMER.COM Dec 08 2016 22:53:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
20108385        E-mail/Text: morgan@collectron.net Dec 08 2016 21:50:42       Collectron,    119 Southern Blvd,
                 Savannah, GA 31405
20108382       +EDI: CHASE.COM Dec 08 2016 22:49:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
20108383       +EDI: CITICORP.COM Dec 08 2016 22:53:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20108387       +EDI: DISCOVER.COM Dec 08 2016 22:49:00      Discover Fin Svcs Llc,     Po Box 15316,
                 Wilmington, DE 19850-5316
20108396        E-mail/Text: BANKRUPTCY@LANIERCOLLECTIONS.COM Dec 08 2016 21:51:58       Lanier,    PO Box 15519,
                 Savannah, GA 31416-2219
20108397       +E-mail/Text: BANKRUPTCY@LANIERCOLLECTIONS.COM Dec 08 2016 21:51:58       Lca Services Inc,
                 18 Park Of Commerce Blvd,    Savannah, GA 31405-7410
20108402       +EDI: NFCU.COM Dec 08 2016 22:53:00      Navy Federal Cr Union,    820 Follin Ln Se,
                 Vienna, VA 22180-4907
20108409       +EDI: STFl.COM Dec 08 2016 22:53:00      Suntrust Mortgage/cc 5,    1001 Semmes Ave,
                 Richmond, VA 23224-2245
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20108386*     ++COLLECTRON INC,    PO BOX 15419,    SAVANNAH GA 31416-2119
               (address filed with court: Collectron INC,    119 Southern Blvd,    Savannah, GA 31405)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113E-7                  User: smn1                Page 2 of 2                  Date Rcvd: Dec 08, 2016
                                      Form ID: 182              Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Michael R. West, Jr.    on behalf of Debtor Brian Andrew Longshore lomwign@gmail.com,
               lomwign2@gmail.com
              Michael R. West, Jr.    on behalf of Joint Debtor Sonia Sy Longshore lomwign@gmail.com,
               lomwign2@gmail.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Sean M. Corcoran    on behalf of Creditor    SunTrust Mortgage, Inc.
               sean.corcoran@brockandscott.com,
               gabkr@brockandscott.com;bankruptcy@brockandscott.com;wbecf@brockandscott.com
              Theo Davis Mann    tmann@mwklaw.org,    tmann@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```